1  SEDGWICK LLP
   PAUL RIEHLE (STATE BAR NO. 115199)
2  NATASSIA KWAN (Bar No. 294322)
   333 Bush Street, 30th Floor
3  San Francisco, CA 94104-2834
   Telephone: 415.781.7900
4  Facsimile:  415.781.2635
   Email: paul.riehle@sedgwicklaw.com
5  Email: natassia.kwan@sedgwicklaw.com

6  SEDGWICK LLP
   JAMES NELSON (STATE BAR NO. 181256)
7  801 S. Figueroa St., 19th Floor
   Los Angeles, California 90017
8  Telephone: (213) 615-8056
   Facsimile:  (213) 426-6921
9  Email: james.nelson@sedgwicklaw.com

10 Attorneys for Defendant
   NISSAN NORTH AMERICA, INC.

11
12                     UNITED STATES DISTRICT COURT
13                    CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15 GERARDO TORRES and ANGELA MATLIN, individually, and on behalf of a class of similarly situated individuals,<br>16<br>17                        Plaintiffs,<br>18     v.<br>19<br>20 NISSAN NORTH AMERICA, INC.; and NISSAN MOTOR COMPANY, LTD., and DOE 1 through and including DOE 10,<br>21<br>22                        Defendants. | Case No. 2:15-cv-03251<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO LOCAL RULE 83-1.4**<br><br>Complaint Served: March 31, 2015<br>Notice of Removal Filed: April 30, 2015 |

23
24
25
26
27
28

---

DEFENDANT NISSAN NORTH AMERICA, INC.'S NOTICE OF PENDENCY

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Central District of California Local Rule 83-1.4, Defendant Nissan North America, Inc. gives notice of the pendency of the following action that involves a material part of the subject matter of the civil action brought by Plaintiffs:

I. <u>Identification of action, title of court and names of parties (L.R. 83-1.4.2 (a) (b) and (c))</u>:

*Kenai Batista., individually and on behalf of those similarly situated, vs. Nissan North America, Inc.*, United States District Court for the Southern District of Florida, Case No. 14-cv-24728-RNS.

II. <u>Identification of counsel (L.R. 83-1.4.2 (d))</u>:

A. <u>Plaintiff's Counsel</u>

Plaintiff in *Batista* is represented by (1) Ronald Weil and Mary Olszewska of Weil, Quaranta McGovern, P.A., 200 S. Biscayne Blvd., Suite 900, Miami, Florida 33131, telephone number (305) 372-5352, ronald@wqmlaw.com, mary@wqmlaw.com; (2) Richard C. Newsome and William Carl Ourand , Jr. of Newsome Melton LLP, 201 S. Orange Ave., Suite 1500, Orlando, Florida 32801-3482, telephone number (407) 648-5977, newsome@newsomelaw.com, ourand@newsomelaw.com; and (3) F. Jerome Tapley, Hirlye R. "Ryan" Lutz, III, and Adam W. Pittman of Cory Watson, P.C., 2131 Magnolia Avenue, Birmingham, Alabama 35205, telephone number (205) 328-2200, jtapley@cwcd.com, rlutz@cwcd.com; apittman@cwcd.com.

B. <u>Defendant's Counsel</u>

Defendant Nissan North America, Inc. is represented by Ramon A. Abadin of Sedgwick LLP, One Biscayne Tower, Suite 1500, Two South Biscayne Blvd., Miami, Florida 33131-1822, telephone number(305) 670-4777, ramon.abadin@sedgwicklaw.com; E. Paul Cauley, Jr. and S. Vance Wittie of Sedgwick LLP, 1717 Main Street, Suite 5400, Dallas, Texas 75201-7367,

telephone number 469.227.8200, paul.cauley@sedgwicklaw.com, vance.wittie@sedgwicklaw.com.

III. Description of overlapping subject matter (L.R. 83-1.4.2 (e)):

In *Batista*, as in *Torres,* Plaintiffs seek to represent current and former owners and/or lessees of model year 2013-14 Nissan Pathfinders vehicles based on allegations that the vehicles have a defect in the Continuously Variable Transmission that can result in shaking, juddering, shuddering, jerking, delayed acceleration that may damage their transmission, requiring repair or replacement. The Complaints in both cases assert claims for breach of express warranty, breach of implied warranty, violation of the Magnuson-Moss Warranty Act, and violations of state consumer protection laws.

DATED: April 30, 2015    SEDGWICK LLP

By: _____\S\ Paul Riehle_____
     Paul Riehle
     Attorneys for Defendant
     NISSAN NORTH AMERICA, INC.

DEFENDANT NISSAN NORTH AMERICA, INC.'S NOTICE OF PENDENCY